**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 07-60958-MC-Lenard/Torres

UNITED STATES OF AMERICA,

    Petitioner,

v.

BRUCE SINGER,

    Respondent.
_____/

**ORDER CHANGING HEARING LOCATION**

The hearing originally scheduled to take place on August 14, 2007, at 10:00 a.m. at the David D. Dyer Building, 300 N.E. First Avenue, Miami, Florida 33132, will now take place at the United States Courthouse, 299 East Broward Blvd., 3rd Floor Courtroom, Fort Lauderdale, Florida 33301.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 3rd day of August 2007.

                                                          EDWIN G. TORRES
                                                          United States Magistrate Judge

Copies provided to:

Counsel of record

Bruce W. Singer
Enterprises, Inc.
2207 Wilson Street
Hollywood, FL 33020